IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK J. MARTINEZ, | 1:07-cv-00358-LJO-SMS PC |
| Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO SEND REGULAR CIVIL IFP APPLICATION TO PLAINTIFF |
| vs. | ORDER REQUIRING PLAINTIFF TO PAY FILING FEE IN FULL OR FILE REGULAR CIVIL IFP APPLICATION WITHIN THIRTY DAYS |
| J. ESPINOZA, et al., | |
| Defendants. / | |

Plaintiff notified the court that he was released on parole on April 9, 2007. (Doc. 6.) Accordingly, it is HEREBY ORDERED that:

1. The Clerk's Office shall send plaintiff a regular civil application to proceed in forma pauperis;

2. Within **thirty (30) days** from the date of service of this order, plaintiff shall either pay the $350.00 filing fee in full or file a regular civil application to proceed in forma pauperis; and

3. The failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

**Dated:   April 24, 2007**            **/s/ Sandra M. Snyder**
                                                    UNITED STATES MAGISTRATE JUDGE

1